**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Kimmarie Johnson, a minor child, by and through her parent and natural guardian, Sonya Young, | ) ) ) |
| Plaintiff, | ) **ORDER** ) ) |
| vs. | ) ) |
| Midwest Investments, LLP a/ka Midwest Investments Limited Partnership, | ) ) Case No. 1:06-cv-001 ) |
| Defendant. | ) |

___

On November 30, 2007, the parties filed a Stipulation of Dismissal. The court adopts the stipulation (Docket No. 43) and **ORDERS** that the above-entitled action be **DISMISSED** with prejudice and without costs to the parties.

Dated this 3rd day of December, 2007.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge